# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Bear Creek Technologies, Inc.   v.   Cisco Systems, Inc.

No. 16-1805

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: Cisco Systems, Inc.
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☐ Appellant   ☒ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

Name: David L. McCombs
Law Firm: Haynes and Boone, LLP
Address: 2323 Victory Avenue, Suite 700
City, State and Zip: Dallas, Texas, 75219
Telephone: (214) 651-5533
Fax #: (972) 692-9116
E-mail address: david.mccombs@haynesboone.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 7/1/85

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  April 11, 2016   Signature of pro se or counsel  /s/ David L. McCombs

cc:  All Counsel of Record

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on April 11, 2016 by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| | |
|---|---|
| David L. McCombs | /s/ David L. McCombs |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Haynes and Boone, LLP |
| Address | 2323 Victory Avenue, Suite 700 |
| City, State, Zip | Dallas, Texas, 75219 |
| Telephone Number | (214) 651-5533 |
| Fax Number | (972) 692-9116 |
| E-Mail Address | david.mccombs@haynesboone.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields