FORM 8. Entry of Appearance | Form 8
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Bear Creek Technologies, Inc. v. Cisco Systems, Inc.

No. 16-1805

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se  ☒ As counsel for: Bear Creek Technologies, Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner  ☐ Respondent  ☐ Amicus curiae  ☐ Cross Appellant

☒ Appellant  ☐ Appellee  ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant  ☐ Respondent or appellee

Name: Anthony L. Miele
Law Firm: Miele Law Group
Address: 165 Main Street, Suite 304
City, State and Zip: Medway, MA 02053
Telephone: 857-891-7660
Fax #:
E-mail address: tony@iplawcircle.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/20/2010

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes  ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date May 24, 2016  Signature of pro se or counsel /s/ Anthony L. Miele

cc: All Counsel of Record

Reset Fields

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on May 24, 2016 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Anthony L. Miele | /s/ Anthony L. Miele |
| Name of Counsel | Signature of Counsel |

Law Firm: Miele Law Group

Address: 165 Main Street, Suite 304

City, State, ZIP: Medway, MA 02053

Telephone Number: 857-891-7660

FAX Number:

E-mail Address: tony@iplawcircle.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.