NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**BEAR CREEK TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Appellee*

―――――――――

2016-1805

―――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,190.

―――――――――

## ON MOTION

―――――――――

## O R D E R

Upon consideration of Appellant's unopposed motion to substitute Anthony L. Miele, of the Miele Law Group, for Lawrence K. DeMeo, of Manion Gaynor & Manion LLP, as principal counsel,

IT IS ORDERED THAT:

The motion is granted.

2        BEAR CREEK TECHNOLOGIES, INC. v. CISCO SYSTEMS, INC.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25