NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**BEAR CREEK TECHNOLOGIES, INC.,**
*Appellant*

v.

**CISCO SYSTEMS, INC.,**
*Appellee*

2016-1805

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,190.

**ON MOTION**

**O R D E R**

Upon consideration of Bear Creek Technologies, Inc.'s unopposed motion to extend by 19 days, to July 25, 2016, the time to file its opening brief,

IT IS ORDERED THAT:

The motion is granted.

2      BEAR CREEK TECHNOLOGIES, INC. v. CISCO SYSTEMS, INC.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31